IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FELIX HASSON** ) | |
| ) | |
|    *Plaintiff,* ) | Case No. 1:24-cv-09693 |
| ) | |
|  v. ) | Jury Trial Demand |
| ) | |
| **LUMINOSITY GAMING (USA), LLC** ) et al. ) | |
| ) | |
|    *Defendants.* ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT EVEN MATCHUP GAMING INC.

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Felix Hasson hereby notices this Court that he voluntarily dismisses all claims against Defendant **EVEN MATCHUP GAMING INC.** He requests this dismissal be with prejudice.

Date: May 1, 2025

Application granted.
**So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: May 2, 2025
   New York, New York

Respectfully submitted,

 /s/  *Matthew Mainen*
Matthew Mainen
Maryland Bar No. 2012170265
*Appearing Pro Hac Vice*
National Jewish Advocacy Center
666 Harless Place
West Hempstead, NY 11552*
Phone: (301) 814-9007
Email: matt@njaclaw.org
*Attorney does not practice in New York; mail will be forwarded to him.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025 the foregoing was served on all counsel of record electronically via the Court's CM/ECF e-filing system.

*/s/ Matthew Mainen*