IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FELIX HASSON** ) <br> ) <br>       *Plaintiff,* ) <br> ) <br>   v. ) <br> ) <br> ) <br> **LUMINOSITY GAMING (USA) LLC** ) <br> et al. ) <br> ) <br>       *Defendants.* ) <br> ) | Case No. 1:24-cv-09693 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Felix Hasson hereby notices this Court that he voluntarily dismisses with prejudice all claims against Defendant **CYRUS GHARAKHANIAN**.

Date: August 5, 2025                                                  Respectfully submitted,

Application granted.
**So ordered.**

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2025
       New York, New York

   /s/     *Matthew Mainen*
Matthew Mainen
Maryland Bar No. 2012170265
*Appearing Pro Hac Vice*
National Jewish Advocacy Center
3 Times Square
New York, NY 10036*
Phone: (301) 814-9007
Email: matt@njaclaw.org
*Attorney does not practice from New York; mail will be forwarded to him.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025 the foregoing was served on all counsel of record electronically via the Court's CM/ECF e-filing system.

*/s/ Matthew Mainen*