

**National Jewish Advocacy Center, Inc.**
**3 Times Square**
**New York, NY 10036**

**Hon. Naomi Reice Buchwald**
**United States District Judge Southern District of New York**
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl Street, Courtroom 21A**
**New York, NY 10007**

August 29, 2025

      Re: *Hasson v. Luminosity Gaming (USA), LLC et al.*, No. 1:24-cv-09693-NRB Status Report

Dear Judge Buchwald:

      I write as counsel for Plaintiff Felix Hasson in the above captioned matter to provide a status report per Chamber's request. This case is progressing. A number of unknown defendants have been identified and Plaintiff is gearing up to draft several substantive motions in September. Below is an update regarding all current defendants identified in Plaintiff's Second Amended Complaint, currently docketed at ECF No. 118 and awaiting official docketing from the clerk.

**Waypoint Media Cafe LLC**
Plaintiff obtained a certificate of default from the Clerk on August 8, 2025, ECF No. 111, and will file a motion for default by October 15.

**Fawn Chandler**
Plaintiff has identified a location for this defendant, received a summons on August 20, 2025, ECF No. 117, and anticipates imminent service of process.

**Unknown Defendants 3 and 4**
These defendants remain unknown and Plaintiff anticipates their identities to be revealed upon Fawn Chandler or their attorney entering an appearance in this case

**Geoffrey Tirrell and Maximillian Krchmar**
Both of these defendants have entered appearances in this case. Plaintiff will file a motion for preliminary injunction against both by October 15. Tirrell has answered the FAC but not the SAC, which the Clerk has not yet officially docketed. Plaintiff is in communication with counsel for Krchmar on this issue.

**Johnathan Mendez**
This defendant is believed to have fled the country after erasing their online presence upon learning of this lawsuit. Counsel for Plaintiff is currently fielding options.



**Unknown Defendants 2**
These defendants can be identified through discovery of Defendants Krchmar and Tirrell upon the initiation of discovery.

**Jordan Russell, Jett Lewis, Thomas Fredrickson, Andrew Sorensen, and Noah Villeneuve**
These Defendants, moderators for SCS, were previously identified as Unknown Defendants 7 and have since been identified. Plaintiff has their first and second most used IP addresses and will be subpoenaing their internet service providers for their addresses.

**Unknown Defendants 7**
These defendants remain unknown but can be identified through discovery of immediately aforestated SCS defendants.

**Unknown Defendants 8**
These defendants remain unknown but can be identified through discovery of the SCS defendants.

It is Plaintiff's hope that with substantive motions coming in the next month-and-a-half, the parties will be able to better assess their positions and possibly find a way to terminate the litigation pertaining to them on mutually agreeable terms.

    Thank you very much for your attention on this matter.


Sincerely,

 /s/   *Matthew Mainen*

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center
matt@njaclaw.org
(301) 814-9007

