**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

| | |
|---|---|
| **NAOMI REICE BUCHWALD**<br>**UNITED STATES DISTRICT JUDGE** | (212) 805-0194 |

September 12, 2025

Matthew Mainen
matt@njaclaw.org
National Jewish Advocacy Center
3 Times Square
New York, NY 10036

      Re: **Hasson v. Luminosity Gaming (USA) LLC et al, 24 Civ. 9693 (NRB)**

Dear Mr. Mainen:

      The Court is in receipt of your letter motion, dated September 11, 2025. ECF No. 126. In your letter you ask us to "clarify if the operative complaint in this action is now the Second Amended Complaint as docketed as ECF No. 118." <u>Id.</u> While from the Court's vantage point, the Second Amended Complaint should have been considered filed as of August 25, 2025, ECF No. 120, given the apparent confusion, the Second Amended Complaint, ECF 118, is the operative complaint and any deadlines related to it will run as if it were filed today, September 12, 2025.

      The Clerk's Office is respectfully directed to terminate the letter motion pending at ECF 126.

                                                                Very truly yours,

                                                               Naomi Reice Buchwald
                                                               United States District Judge

CC: All counsel via ECF.