```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Felix Hasson,

                Plaintiff,

         - against -                            ORDER

Luminosity Gaming (USA), LLC et al.,            24 Civ. 9693 (NRB)

                Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the parties' pre-motion letters, submitted pursuant to Rule 2(B) of the Court's Individual Rules. ECF Nos. 129, 130, 131, 132, 133, 134. These letters describe (i) defendant Krchmar's proposed motion to dismiss, (ii) plaintiff's proposed motion for a preliminary injunction, and (iii) plaintiff's proposed motion for default as to defendant Waypoint Media Café LLC. The Court instructs the parties to confer and file a single, joint letter, proposing mutually acceptable dates in the next two weeks for a conference on these proposed motions.

**SO ORDERED.**

Dated:   New York, New York
         October 6, 2025

                                        _____
                                            NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

1