```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
Felix Hasson,

                Plaintiff,

        - against -                              ORDER

Luminosity Gaming (USA), LLC et al.,        24 Civ. 9693 (NRB)

                Defendants.
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

In light of the recent voluntary dismissal of all but two defendants, Waypoint Media Café LLC and Geoffrey Tirrell, see ECF Nos. 147, 148, the Court has decided to hold an in-person conference to discuss next steps with the remaining parties.

The Court requests that the parties communicate several dates on Tuesdays or Thursdays in January that would work for them by December 22, 2025. If any remaining party does not respond to this order, the Court will set a date on its own initiative.

```
Dated:   New York, New York
         December 11, 2025
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE