IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FELIX HASSON**  )<br> )<br>*Plaintiff*,  )<br> )<br>v.  )<br> )<br> )<br>**LUMINOSITY GAMING (USA), LLC**  )<br>et al.  )<br> )<br>*Defendants*.  )<br> )| Case No. 1:24-cv-09693 |

## MOTION TO DISMISS UNDER F.R.C.P. 41(a)(2)

Plaintiff Felix Hasson, by and through undersigned counsel, hereby moves this Court to dismiss with prejudice all claims against Geoffrey Tirrell pursuant to F.R.C.P. 41(a)(2).

Date: January 16, 2026

Respectfully submitted,

National Jewish Advocacy Center, Inc.

  /s/        *Matthew Mainen*
Matthew Mainen
Practicing *Pro Hac Vice*
Email: matt@njaclaw.org
3 Times Square, Suite 517
New York, NY 10036
Phone:  (301) 814-9007

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026 the foregoing was served on all counsel and pro se parties of record electronically via the Court's CM/ECF e-filing system and/or e-mail.

*/s/ Matthew Mainen*