IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **FELIX HASSON**<br><br>        *Plaintiff,*<br><br>v.<br><br>**LUMINOSITY GAMING (USA), LLC** et al.<br><br>        *Defendants.* | Case No. 1:24-cv-09693 |

## MOTION TO DISMISS UNDER F.R.C.P. 41(a)(2)

Plaintiff Felix Hasson, by and through undersigned counsel, hereby moves this Court to dismiss with prejudice all claims against Geoffrey Tirrell pursuant to F.R.C.P. 41(a)(2).

Date: January 16, 2026

Respectfully submitted,

National Jewish Advocacy Center, Inc.

  /s/    *Matthew Mainen*
Matthew Mainen
Practicing *Pro Hac Vice*
Email: matt@njaclaw.org
3 Times Square, Suite 517
New York, NY 10036
Phone: (301) 814-9007

```
Application granted.  The Court
is  convinced  that  defendant
Geoffrey  Tirrell  consents  to
his  dismissal  with prejudice, as
required  by  Fed. R. Civ. P. 41(a)
(2),  due  to  his  e-mail consent
recorded at ECF No. 154-1.
The  remaining  defendant, Waypoint
Media  Cafe  LLC,  has  not  yet
appeared,  and  so  its  consent  is
unnecessary.   Mr.  Tirrell  is
dismissed  as  a  defendant,  with
prejudice.
So ordered.
```

*[Signature: Naomi Reice Buchwald]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York,
        January 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026 the foregoing was served on all counsel and pro se parties of record electronically via the Court's CM/ECF e-filing system and/or e-mail.

*/s/ Matthew Mainen*