UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
Felix Hasson,

        Plaintiff,

   - against -                **ORDER**

Luminosity Gaming (USA), LLC et al.,    24 Civ. 9693 (NRB)

        Defendants.
--------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Court is in receipt of plaintiff's motion requesting permission to file a default judgment motion.  ECF Nos. 157, 157-1.  As the Court has repeatedly made clear, given that plaintiff has recently filed a Third Amended Complaint and given the evolution of this action over the past year, the Court is not satisfied that service of an earlier complaint on the secretary of state or an email to Waypoint Media Café, LLC prior to the filing of the operative complaint is sufficient to support the entry of a default judgment.

    Plaintiff's motion, ECF No. 157, is denied without prejudice to refiling after plaintiff has properly served defendant pursuant to Federal Rule of Civil Procedure 5.

Dated:   New York, New York
       April 6, 2026

                                 NAOMI REICE BUCHWALD
                       UNITED STATES DISTRICT JUDGE